UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENNETH L. WALLER** <br> LA. DOC #26395 | **CIVIL ACTION NO. 3:16-1168** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY WARD, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights petition be **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim upon which relief can be granted

**MONROE, LOUISIANA,** this 14th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE